| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Shekia Dominique Brown** <br> First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–7442 <br> EIN:  _ _–_ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ <br> EIN:  _ _–_ _ _ _ _ _ |
| United States Bankruptcy Court:   Northern District of Mississippi | | Date case filed for chapter:      7      5/7/26 |
| Case number:   26–11644–SDM | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Shekia Dominique Brown | | |
| 2. | **All other names used in the last 8 years** | aka Shekia D Brown | | |
| 3. | **Address** | 1205 Oxford Pl <br> Greenville, MS 38701 | | |
| 4. | **Debtor's attorney** <br> Name and address | Thomas C. Rollins Jr. <br> The Rollins Law Firm, PLLC <br> PO BOX 13767 <br> Jackson, MS 39236 | | Contact phone 601–500–5533 |
| 5. | **Bankruptcy trustee** <br> Name and address | Miranda L Williford <br> Chapter 7 Trustee <br> 613 Childs Street <br> Corinth, MS 38834 | | Contact phone 662–286–9796 |

For more information, see page 2 >

Debtor  **Shekia Dominique Brown**                                      Case number **26–11644–SDM**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Cochran U.S. Bankruptcy Courthouse<br>703 Highway 145 North<br>Aberdeen, MS 39730 | Hours open:<br>8:00 a.m. – 5:00 p.m., Monday through Friday<br><br>Contact phone 662–369–2596<br><br>Date: 5/8/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 22, 2026 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom Video meeting, Go to Zoom.us/join, Enter Meeting ID 324 052 8534, and Passcode 4967426763, OR call (662) 440–9617**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/21/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **2**

United States Bankruptcy Court

Northern District of Mississippi

In re:
Case No. 26-11644-SDM

Shekia Dominique Brown
Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 08, 2026 | Form ID: 309A | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shekia Dominique Brown, 1205 Oxford Pl, Greenville, MS 38701-8327 |
| 4676288 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 4676315 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, TMobile, PO Box 660252, Dallas, TX 75266-0252 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | May 09 2026 00:32:00 | Thomas C. Rollins, Jr., The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | + | EDI: QMLWILLIFORD | May 09 2026 04:26:00 | Miranda L Williford, Chapter 7 Trustee, 613 Childs Street, Corinth, MS 38834-4810 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | May 09 2026 00:32:00 | U. S. Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 4676289 | ^ | MEBN | May 09 2026 00:25:09 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 4676290 | + | Email/Text: bk@avant.com | May 09 2026 00:32:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 4676291 | + | EDI: TSYS2 | May 09 2026 04:26:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 4676292 | + | EDI: CAPITALONE.COM | May 09 2026 04:26:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4676293 | ^ | MEBN | May 09 2026 00:25:23 | Cherry Technologies Inc, Attn: Bankruptcy, 2261 Market Street #4869, San Francisco, CA 94114-1612 |
| 4676294 | + | EDI: WFNNB.COM | May 09 2026 04:26:00 | Comenity, Attn: Bankrutpcy, Po Box 182125, Columbus, OH 43218-2125 |
| 4676295 | + | Email/PDF: creditonebknotifications@resurgent.com | May 09 2026 00:37:30 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 4676315 | | EDI: JCTM | May 09 2026 04:26:00 | TMobile, PO Box 660252, Dallas, TX 75266-0252 |
| 4676296 | + | EDI: JEFFERSONCAP.COM | May 09 2026 04:26:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 4676298 | | Email/Text: customerservice.us@klarna.com | May 09 2026 00:32:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 4676297 | + | Email/Text: bankruptcy@kikoff.com | May 09 2026 00:32:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Fransico, CA 94111-1458 |
| 4676299 | | Email/Text: EBN@Mohela.com | | |

| | | | May 09 2026 00:32:00 | Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 4676300 | + | Email/Text: bankruptcy@moneylion.com | May 09 2026 00:32:00 | Money Lion, P.O. Box 1547, Sandy, UT 84091-1547 |
| 4676301 | | Email/Text: e-bankruptcy@nasafcu.com | May 09 2026 00:32:00 | NASA Federal Credit Union, Attn: Bankruptcy, 500 Prince Georges Blvd., Upper Marlboro, MD 20774 |
| 4676302 | | Email/Text: bcwrtoff@cablevision.com | May 09 2026 00:32:00 | Optimum, P.O. Box 9256, Chelsea, MA 02150 |
| 4676303 | | Email/Text: bankruptcy@possiblefinance.com | May 09 2026 00:32:00 | Possible Finance, Attn: Bankruptcy Department, Po Box 98686, Las Vegas, NV 89193 |
| 4676304 | | Email/Text: ProsperBK@prosper.com | May 09 2026 00:32:00 | Prosper Funding, Llc, Prosper Funding LLC, Attn: Bankruptcy De, 221 Main Street, Ste 300, San Francisco, CA 94105 |
| 4676305 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 09 2026 00:37:39 | Regional Acceptance Company, Attn: Bankruptcy, 1424 E. Firetower Road, Greenville, NC 27858-4105 |
| 4676306 | + | Email/Text: newbk@Regions.com | May 09 2026 00:32:00 | Regions, 1900 Fifth Ave, Birmingham, AL 35203-2670 |
| 4676307 | + | Email/Text: bankruptcyteam@rocketmortgage.com | May 09 2026 00:32:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 4676310 | | Email/Text: bankruptcy@sunbit.com | May 09 2026 00:32:00 | Sunbit, Inc, Attn: Bankruptcy, 10940 Wilshire Blvd, Los Angeles, CA 90024 |
| 4676309 | + | Email/Text: ebone.woods@usdoj.gov | May 09 2026 00:32:00 | Social Security Admini, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4676308 | + | Email/Text: ssa.bankruptcy@ssa.gov | May 09 2026 00:32:00 | Social Security Admini, Office of General Coun, Attn: Bankruptcy, 640 Security Blvd, Baltimore, MD 21235-0001 |
| 4676311 | + | EDI: SYNC | May 09 2026 04:26:00 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 4676312 | + | EDI: SYNC | May 09 2026 04:26:00 | Synchrony Bank, Po Box 71757, Philadelphia, PA 19176-1757 |
| 4676313 | + | Email/Text: amccoy@synerpriseconsulting.com | May 09 2026 00:32:00 | Synerprise Consulting Services, Inc., Attn: Bankruptcy, 5651 Broadmoor, Mission, KS 66202-2407 |
| 4676316 | + | Email/Text: bankruptcydepartment@tsico.com | May 09 2026 00:32:00 | TSI, Attn: Bankruptcy, Po Box 15130, Wilmington, DE 19850-5130 |
| 4676314 | + | EDI: WTRRNBANK.COM | May 09 2026 04:26:00 | Target, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 4676317 | ^ | MEBN | May 09 2026 00:25:16 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4676318 | + | EDI: AGFINANCE.COM | May 09 2026 04:26:00 | Webbank/onemain, Po Box 3316, Evansville, IN 47732-3316 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0537-1                    User: autodocke                              Page 3 of 3
Date Rcvd: May 08, 2026                 Form ID: 309A                         Total Noticed: 35

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026              Signature:        /s/Gustava Winters