Certificate Number: 12433-MSN-DE-041022018

Bankruptcy Case Number: 26-11644



12433-MSN-DE-041022018

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 27, 2026, at 9:10 o'clock AM CDT, Shekia Dominique Brown completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date:   May 27, 2026                    By:     /s/Loren Bailey Roberts

Name:  Loren Bailey Roberts

Title:   Teacher