**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Shekia Dominique Brown, Debtor Case No. 26-11644-SDM**
**CHAPTER 13**

**MOTION TO DELAY DISCHARGE**

COMES NOW the Debtor, by and through undersigned counsel, and respectfully moves this Honorable Court for entry of an Order delaying the entry of the Debtor's discharge, and in support thereof would show:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on May 7, 2026.
2. Pursuant to 11 U.S.C. § 727, the Debtor is eligible to receive a discharge; however, the Debtor requests that the discharge be temporarily delayed.
3. The Debtor intends to reaffirm the debt owed to Rocket Mortgage.
4. The parties are in the process of completing the Reaffirmation Agreement and require additional time to finalize the agreement and file it with the Court.
5. Granting this Motion will not prejudice creditors or the Chapter 7 Trustee, as the Debtor is acting in good faith to retain the property and reaffirm the associated debt.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order delaying the entry of the discharge for a period of 60 days, or such other time as the Court deems appropriate, to allow sufficient time to execute a reaffirmation agreement, and for all other just and proper relief.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

# CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Delay Discharge was forwarded on September 1, 2026, to:

By First Class Mail:

Rocket Mortgage, LLC
Aldridge Pite, LLP
3333 Camino Del Rio South
Suite 225
San Diego, CA 92108

By Electronic CM/ECF Notice:

Derek Henderson

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr.