**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Shekia Dominique Brown, Debtor** **Case No. 26-11644-SDM**
**CHAPTER 13**

**<u>ORDER DELAYING DISCHARGE</u>**

THIS CAUSE having come on this date on the Debtor's Motion to Delay Discharge (DK #14), the Court, having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Delay Discharge is granted. The entry of the Debtor's discharge is hereby delayed for a period of 60 days from the date of this Order. The delay is granted to allow the parties additional time to finalize the Reaffirmation Agreement and file it with the Court.

#END OF ORDER#

AGREED BY:
<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR