**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Shekia Dominique Brown<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–7442 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Mississippi | | |
| Case number: | 26–11644–SDM | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shekia Dominique Brown
aka Shekia D Brown

11/18/26

**By the court:** Selene D. Maddox
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Mississippi

In re: Case No. 26-11644-SDM
Shekia Dominique Brown Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 3
Date Rcvd: Nov 18, 2026 Form ID: 318 Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shekia Dominique Brown, 1205 Oxford Pl, Greenville, MS 38701-8327 |
| 4676288 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 4676316 | + | TSI, Attn: Bankruptcy, Po Box 15130, Wilmington, DE 19850-5130 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4676289 | ^ | MEBN | Nov 18 2026 22:08:10 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 4676290 | + | Email/Text: bk@avant.com | Nov 18 2026 22:30:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 4676291 | + | EDI: TSYS2 | Nov 19 2026 03:08:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 4676292 | + | EDI: CAPITALONE.COM | Nov 19 2026 03:08:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4676293 | ^ | MEBN | Nov 18 2026 22:08:05 | Cherry Technologies Inc, Attn: Bankruptcy, 2261 Market Street #4869, San Francisco, CA 94114-1612 |
| 4676294 | + | EDI: WFNNB.COM | Nov 19 2026 03:08:00 | Comenity, Attn: Bankrutpcy, Po Box 182125, Columbus, OH 43218-2125 |
| 4676295 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 18 2026 22:28:15 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 4676315 | | EDI: JCTM | Nov 19 2026 03:08:00 | TMobile, PO Box 660252, Dallas, TX 75266-0252 |
| 4676296 | + | EDI: JEFFERSONCAP.COM | Nov 19 2026 03:08:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 4676298 | | Email/Text: customerservice.us@klarna.com | Nov 18 2026 22:29:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 4676297 | + | Email/Text: bankruptcy@kikoff.com | Nov 18 2026 22:29:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Fransico, CA 94111-1458 |
| 4676299 | | Email/Text: EBN@Mohela.com | Nov 18 2026 22:30:00 | Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 4676300 | + | Email/Text: bankruptcy@moneylion.com | Nov 18 2026 22:30:00 | Money Lion, P.O. Box 1547, Sandy, UT 84091-1547 |
| 4676301 | | Email/Text: e-bankruptcy@nasafcu.com | Nov 18 2026 22:29:00 | NASA Federal Credit Union, Attn: Bankruptcy, 500 Prince Georges Blvd., Upper Marlboro, MD 20774 |
| 4676302 | | Email/Text: bcwrtoff@cablevision.com | Nov 18 2026 22:30:00 | Optimum, P.O. Box 9256, Chelsea, MA 02150 |

| | | | | |
|---|---|---|---|---|
| 4676303 | | Email/Text: bankruptcy@possiblefinance.com | Nov 18 2026 22:29:00 | Possible Finance, Attn: Bankruptcy Department, Po Box 98686, Las Vegas, NV 89193 |
| 4676304 | + | Email/PDF: ProsperBKDetection@resurgent.com | Nov 18 2026 22:28:39 | Prosper Funding, Llc, Prosper Funding LLC, Attn: Bankruptcy De, 221 Main Street, Ste 300, San Francisco, CA 94105-1909 |
| 4676305 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 18 2026 22:27:57 | Regional Acceptance Company, Attn: Bankruptcy, 1424 E. Firetower Road, Greenville, NC 27858-4105 |
| 4676306 | + | Email/Text: newbk@Regions.com | Nov 18 2026 22:30:00 | Regions, 1900 Fifth Ave, Birmingham, AL 35203-2670 |
| 4676307 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 18 2026 22:30:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 4684237 | + | Email/Text: ecfbnc@aldridgepite.com | Nov 18 2026 22:30:00 | Rocket Mortgage, LLC, Jordan A. Greer, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 4676310 | | Email/Text: bankruptcy@sunbit.com | Nov 18 2026 22:29:00 | Sunbit, Inc, Attn: Bankruptcy, 10940 Wilshire Blvd, Los Angeles, CA 90024 |
| 4676309 | + | Email/Text: ebone.woods@usdoj.gov | Nov 18 2026 22:30:00 | Social Security Admini, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4676308 | + | Email/Text: ssa.bankruptcy@ssa.gov | Nov 18 2026 22:30:00 | Social Security Admini, Office of General Coun, Attn: Bankruptcy, 640 Security Blvd, Baltimore, MD 21235-0001 |
| 4676311 | + | EDI: SYNC | Nov 19 2026 03:08:00 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 4676312 | + | EDI: SYNC | Nov 19 2026 03:08:00 | Synchrony Bank, Po Box 71757, Philadelphia, PA 19176-1757 |
| 4676313 | + | Email/Text: amccoy@synerpriseconsulting.com | Nov 18 2026 22:30:00 | Synerprise Consulting Services, Inc., Attn: Bankruptcy, 5651 Broadmoor, Mission, KS 66202-2407 |
| 4676316 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 18 2026 22:30:00 | TSI, Attn: Bankruptcy, Po Box 15130, Wilmington, DE 19850-5130 |
| 4676314 | + | EDI: WTRRNBANK.COM | Nov 19 2026 03:08:00 | Target, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 4676317 | ^ | MEBN | Nov 18 2026 22:08:07 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4676318 | + | EDI: AGFINANCE.COM | Nov 19 2026 03:08:00 | Webbank/onemain, Po Box 3316, Evansville, IN 47732-3316 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Miranda L Williford | tonya341@hotmail.com;MLWECF@gmail.com;MLWilliford@ecf.axosfs.com;mllinton@yahoo.com;mrstonyasikora@gmail.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Shekia Dominique Brown trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email;perry@therollinsfirm.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 3